IN THE CIRCUIT COURT OF COOK COUNTY
LAW DIVISION

Estate of FATIMA ALQADI, deceased, by )
MARIA MUNOZ, Special Administrator; )
                                                          )
    Plaintiff, )
                                                          )
v. ) No.
                                                          )
FRANCISCAN ALLIANCE, INC.; EMERGENCY )
MEDICINE PHYSICIANS OF COOK COUNTY, )
LLC; ANTHONY MILLARD, M.D.; JOHN )
WODYNSKI, P.A.; AUNT MARTHA'S YOUTH )
SERVICES CENTER, INC.; and RICHARD L. )
JONES, M.D.; )
                                                          )
    Defendants, )
                                                          )
and )
                                                          )
GENERAL HOOD, MD INC.; GENERAL HOOD )
HOOD, M.D.; and COLLEEN BEHRENS, R.N.; )
    Respondents in Discovery.

### ORDER FOR APPROVAL OF PETITION TO APPOINT SPECIAL ADMINISTRATOR

THIS MATTER, coming to be heard upon Plaintiff's Petition to Appoint Special Administrator, pursuant to 740 ILCS 180/2.1, with due notice, and the Court being fully advised,

IT IS HEREBY ORDERED:

The Petition is granted and MARIA MUNOZ is appointed Special Administrator of the Estate of FATIMA ALQADI, deceased, for the purpose of prosecuting the above-captioned matter.

ENTERED THIS 27th day of May, 2016.

Brian Salvi
Firm ID: 31560
33 W Washington St., #1600
Chicago, IL 60602
312-372-1227

JUDGE OF THE CIRCUIT COURT
ENTERED
JUDGE MARCIA MARAS - 1781

MAY 27 2016

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

EXHIBIT B

