UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Estate of F.A., deceased, by MARIA MUNOZ, Special Administrator; <br><br> Plaintiff, <br><br> v. <br><br> THE UNITED STATES OF AMERICA; and EMERGENCY MEDICAL PHYSICIANS OF COOK COUNTY, LLC.; <br><br> Defendants. | No. 17 C 1309 <br><br> Judge Gettleman <br><br> Magistrate Judge Kim |

**PETITION TO APPROVE SETTLEMENT, ATTORNEY'S FEES AND COSTS, AND DISTRIBUTION OF THE SETTLEMENT PROCEEDS**

NOW COMES the Plaintiff, Estate of FATIMA ALQUADI, deceased, by MARIA MUNOZ, Special Administrator, by and through her attorneys, SALVI, SCHOSTOK & PRITCHARD P.C., and respectfully petitions this Court for approval of this Petition to Approve Settlement, Attorneys' Fees and Costs, and Distribution of the Settlement Proceeds. In support of this Petition, the Plaintiff states as follows:

1. The Plaintiff brought a civil action to recover damages for medical negligence by the Defendants relating to prenatal care and treatment rendered to Maria Munoz in June and July 2014 by various medical providers, including emergency medicine and obstetrics, acting as Defendants' agents and/or employees, ultimately resulting in the stillbirth of Fatima Alqadi.

2. On November 6, 2018, this case proceeded to a settlement conference, resulting in a global settlement of $500,000.

3. THE UNITED STATES OF AMERICA ("USA") has agreed to pay Plaintiff the sum of $412,500.

1

4. EMERGENCY MEDICAL PHYSICIANS OF COOK COUNTY, LLC, ("EMP") has agreed to pay $87,500, part of which will be used to purchase an annuity for one of the beneficiaries, a minor heir, Hani Alqadi. EMP, or its Insurer(s) will fund a structured settlement including periodic payments at a cost of $58,333.33 for Hani Alqadi. The obligation to make the Periodic Payments to Hani Alqadi shall be assigned to MetLife Assignment Company, Inc. and funded by an annuity contract issued by Metropolitan Tower Life Insurance Company (rated A+ (Superior) by A.M. Best). *See* Exhibit A attached, which details the specific benefits/terms of this structured settlement to be payable to Hani Alqadi.

5. The parents of Hani Alqadi have retained attorney Brandon Peck to represent the Estate of Hani Alqadi. Attorney Brandon Peck is prepared to meet with this Court to answer any questions about the minor's estate.

6. The Plaintiff retained SALVI, SCHOSTOK & PRITCHARD P.C., to investigate and prosecute this civil action, and the fee for these services is $132,291.67 (25% of the settlement with USA and 1/3 of the settlement with Defendant, EMP).

7. Pursuant to the fee agreement, SALVI, SCHOSTOK & PRITCHARD P.C., has incurred reimbursable expenses totaling $80,606.02, itemized as follows:

| | |
|---|---|
| Advocate Christ Medical Center | $25.00 |
| ER MD Consultant | $14,550 |
| Christ Hospital & Medical Center | $27.33 |
| CNM Consultant #1 | $750.00 |
| CNM Consultant #2 | $3,506.50 |
| Consultant Service | $750.00 |
| Cook County Clerk | $589.00 |
| Physician Consultant | $450.00 |

2

| | |
|---|---|
| Diversified Medical Records Services | $45.69 |
| Fink & Carney Reporting | $338.59 |
| Griffin and Associates Court Reporters | $392.10 |
| OB MD Consultant | $12,250.00 |
| OB Nurse Consultant | $4,262.50 |
| Koopman, Ms. Mary (Ct. Reporter) | $286.00 |
| L.A. Court Reporters, LLC | $455.30 |
| LabCorp | $25.00 |
| Laboratory Corporation of America | $25.00 |
| LexisNexis | $139.68 |
| Magna Legal Services | $5,005.60 |
| McCorkle Court Reporters, Inc. | $586.00 |
| MMRA | $100.50 |
| Maternal Fetal Medicine Consultant | $20,275.00 |
| ER Physician's Assistant Consultant | $1,800 |
| Travel | $9,089.15 |
| Trialvision Deposivision, Ltd. | $2,001.00 |
| United Parcel Service | $294.00 |
| US District Court | $400.00 |
| US Legal Support | $636.50 |
| VTS Investigations, LLC | $1,550.00 |
| **TOTAL:** | **$80,606.02** |

8. Plaintiff's attorneys have negotiated with the Illinois Department of Healthcare and Family Services to reduce its lien to $0. *See* Exhibit B attached.

9. After attorney's fees and case expenses, the amount distributable to the Estate of Fatima Alqadi, deceased, is $287,102.31.

10. Fatima Alqadi is survived by the following heirs:

   a) Maria Munoz, Adult Mother

   b) Abdelaziz Alqadi, Adult Father

   c) Hani Alqadi, Minor Brother

11. Plaintiff proposes the following distribution:

   a) Maria Munoz         ---   $114,384.49

   b) Abdelaziz Alqadi    ---   $114,384.49

   c) Hani Alqadi         ---   $58,333.33 (purchase annuity)

   d) Salvi Schostok and Pritchard P.C. Fees     ---   $132,291.67

   e) Salvi Schostok and Pritchard P.C. Expenses---   $80,606.02

**Total: $500,000**

WHEREFORE, the Plaintiff requests an Order in accordance with this Petition (a proposed Order is attached as Exhibit C).

>                          Respectfully submitted,
>                          SALVI, SCHOSTOK & PRITCHARD P.C.
>
>                          By:  /s/ Aaron D. Boeder
>                               Attorney for Plaintiff

Aaron D. Boeder ARDC #6302427
Salvi, Schostok & Pritchard P.C.
161 N. Clark, Ste. 4700
Chicago, IL 60601
(312) 372-1227