UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Estate of F.A., deceased, by MARIA MUNOZ, Special Administrator;<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; and EMERGENCY MEDICAL PHYSICIANS OF COOK COUNTY, LLC.;<br><br>Defendants. | No. 17 C 1309<br><br>Judge Gettleman<br><br>Magistrate Judge Kim |

## **FINAL JUDGMENT ORDER**

This cause comes before this Court on Plaintiff's Petition to Approve Settlement, Attorneys' Fees and Costs, and Distribution of the Settlement Proceeds, this Court is fully advised and finds as follows:

1. The Petition is granted, and the Court finds that the settlements in the total amount of $500,000, with the Defendants, THE UNITED STATES OF AMERICA ($412,500) and EMERGENCY MEDICAL PHYSICIANS OF COOK COUNTY, LLC ($87,500); are fair, reasonable, and in good faith.

2. The Court approves the fee of Salvi, Schostok & Pritchard P.C. in the amount of $132,291.67.

3. The Court finds that the counsel for the Plaintiff is entitled to reimbursement for expenses attributable to this lawsuit in the amount of $80,606.02, itemized as follows:

| | |
|---|---|
| Advocate Christ Medical Center | $25.00 |
| ER MD Consultant | $14,550 |
| Christ Hospital & Medical Center | $27.33 |

| | |
|---|---|
| CNM Consultant #1 | $750.00 |
| CNM Consultant #2 | $3,506.50 |
| Consultant Service | $750.00 |
| Cook County Clerk | $589.00 |
| Physician Consultant | $450.00 |
| Diversified Medical Records Services | $45.69 |
| Fink & Carney Reporting | $338.59 |
| Griffin and Associates Court Reporters | $392.10 |
| OB MD Consultant | $12,250.00 |
| OB Nurse Consultant | $4,262.50 |
| Koopman, Ms. Mary (Ct. Reporter) | $286.00 |
| L.A. Court Reporters, LLC | $455.30 |
| LabCorp | $25.00 |
| Laboratory Corporation of America | $25.00 |
| LexisNexis | $139.68 |
| Magna Legal Services | $5,005.60 |
| McCorkle Court Reporters, Inc. | $586.00 |
| MMRA | $100.50 |
| Maternal Fetal Medicine Consultant | $20,275.00 |
| ER Physician's Assistant Consultant | $1,800 |
| Travel | $9,089.15 |
| Trialvision Depoivision, Ltd. | $2,001.00 |
| United Parcel Service | $294.00 |
| US District Court | $400.00 |
| US Legal Support | $636.50 |

        VTS Investigations, LLC        $1,550.00

4. Maria Munoz, Abdelaziz Alqadi, and Hani Alqadi, a minor, are the next of kin of Fatima Alqadi.

5. The Court approves the following distribution of the net amount to the Estate of Fatima Alqadi, deceased ($287,102.31)), to be paid as follows:

    a) Maria Munoz   ---   $114,384.49

    b) Abdelaziz Alqadi   ---   $114,384.49

    c) Hani Alqadi   ---   $58,333.33 to purchase an annuity (EMERGENCY MEDICAL PHYSICIANS OF COOK COUNTY, LLC, or its Insurer(s) will fund a structured settlement including periodic payments at a cost of $58,333.33 for Hani Alqadi. The obligation to make the Periodic Payments to Hani Alqadi shall be assigned to MetLife Assignment Company, Inc. and funded by an annuity contract issued by Metropolitan Tower Life Insurance Company (rated **A+** (Superior) by A.M. Best))

6. This order shall be effective only after the entry of the probate division order approving the settlement and distribution provided for in this order. The probate division shall supervise the distribution of all proceeds related to this settlement.

7. The Defendants, THE UNITED STATES OF AMERICA and EMERGENCY MEDICAL PHYSICIANS OF COOK COUNTY, LLC, are dismissed with prejudice pursuant to the settlements addressed in this order, and this matter is dismissed in its entirety with prejudice and without costs pursuant to this settlement.

8. The Court retains jurisdiction to enforce the settlement agreement between the parties.

Dated: December 21, 2018         JUDGE: /s/ Robert W. Gettleman

Aaron D. Boeder ARDC #6302427
Salvi, Schostok & Pritchard P.C.
161 N. Clark, Ste. 4700
Chicago, IL 60601
(312) 372-1227